Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−20829−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Irene H Lin
  19 Deerwood Trail
  Warren, NJ 07059

Social Security No.:
  xxx−xx−6136

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

  Please be advised that on December 8, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 197 − 196
Order Granting Application to Employ Sharer Petree Brotz & Snyder as Accountant (Related Doc # 196). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/8/2016. (slf)

  Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 8, 2016
JJW: slf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-20829-KCF
Irene H Lin                                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin              Page 1 of 1           Date Rcvd: Dec 08, 2016
                         Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2016.
acc              +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2016 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Andrea   Dobin    on behalf of Plaintiff Barry R. Sharer adobin@trenklawfirm.com
      Andrea   Dobin    on behalf of Trustee Barry R. Sharer adobin@trenklawfirm.com
      Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
      BSharer@SharerPBS.com;nj83@ecfcbis.com
      Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
      Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
      BKcourtnotices@parkermccay.com
      Denise E. Carlon    on behalf of Creditor    Hudson City Savings Bank
      bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    HUDSON CITY SAVINGS BANK
      bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
      Jennifer Ann Harris    on behalf of Creditor    TD Bank, N.A. jharris@brownconnery.com
      Julie F. Montgomery    on behalf of Defendant Keisha  Adkins jmontgomery@brownconnery.com
      Julie F. Montgomery    on behalf of Defendant    TD Bank jmontgomery@brownconnery.com
      Ross J. Switkes    on behalf of Trustee Barry R. Sharer rswitkes@trenklawfirm.com
      Steven R. Neuner    on behalf of Plaintiff Barry R. Sharer sneuneresq@comcast.net,
      ETomlinson@nv-njlaw.com
      Steven R. Neuner    on behalf of Defendant Steven R. Neuner sneuneresq@comcast.net,
      ETomlinson@nv-njlaw.com
      Steven R. Neuner    on behalf of Trustee Barry R. Sharer sneuneresq@comcast.net,
      ETomlinson@nv-njlaw.com
      Steven R. Neuner    on behalf of Defendant    Neuner and Ventura LLP sneuneresq@comcast.net,
      ETomlinson@nv-njlaw.com
      Steven R. Neuner    on behalf of Defendant    Sharer Petree Brotz & Snyder sneuneresq@comcast.net,
      ETomlinson@nv-njlaw.com
      Steven R. Neuner    on behalf of Defendant Barry R Sharer sneuneresq@comcast.net,
      ETomlinson@nv-njlaw.com
                                                                                       TOTAL: 20