UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BARRY R. SHARER, CPA
SHARER PETREE BROTZ & SNYDER
1103 Laurel Oak Road
Suite 105B
Voorhees, New Jersey 08043
(856) 435-3200
Accountants to the Chapter 7 Trustee

Order Filed on December 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LIN, IRENE

Case No.: 13-20829

Chapter: 7

Judge: KCF

## ORDER AUTHORIZING RETENTION OF

Sharer Petree Brotz & Snyder

The relief set forth on the following page is **ORDERED**.

**DATED: December 8, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Sharer Petree Brotz & Snyder___ as ___Accountant to the Chapter 7 Trustee___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  1103 Laurel Oak Road
   Suite 105B
   Voorhees, NJ 08043

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 13-20829-KCF
Irene H Lin                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin              Page 1 of 1         Date Rcvd: Dec 08, 2016
                        Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2016.
db         +Irene H Lin,   19 Deerwood Trail,   Warren, NJ 07059-5562
aty        +Jay J. Lin,   18 Sheppard Pl., Ste E,   PO Box 396,   Edison, NJ 08818-0396

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         ##+Jay J. Lin,   21 Bridge St.,   Metuchen, NJ 08840-2275
                                                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2016 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert   Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
      Andrea   Dobin    on behalf of Plaintiff Barry R. Sharer adobin@trenklawfirm.com
      Andrea   Dobin    on behalf of Trustee Barry R. Sharer adobin@trenklawfirm.com
      Barry R. Sharer     on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
       BSharer@SharerPBS.com;nj83@ecfcbis.com
      Barry R. Sharer     CShapiro@SharerPBS.com,  BSharer@SharerPBS.com;nj83@ecfcbis.com
      Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
       BKcourtnotices@parkermccay.com
      Denise E. Carlon    on behalf of Creditor    Hudson City Savings Bank
       bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    HUDSON CITY SAVINGS BANK
       bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
      Jennifer Ann Harris    on behalf of Creditor    TD Bank, N.A. jharris@brownconnery.com
      Julie F. Montgomery    on behalf of Defendant Keisha  Adkins jmontgomery@brownconnery.com
      Julie F. Montgomery    on behalf of Defendant    TD Bank jmontgomery@brownconnery.com
      Ross J. Switkes    on behalf of Trustee Barry R. Sharer rswitkes@trenklawfirm.com
      Steven R. Neuner    on behalf of Defendant Barry R Sharer sneuneresq@comcast.net,
       ETomlinson@nv-njlaw.com
      Steven R. Neuner     on behalf of Plaintiff Barry R. Sharer sneuneresq@comcast.net,
       ETomlinson@nv-njlaw.com
      Steven R. Neuner    on behalf of Defendant Steven R. Neuner sneuneresq@comcast.net,
       ETomlinson@nv-njlaw.com
      Steven R. Neuner     on behalf of Trustee Barry R. Sharer sneuneresq@comcast.net,
       ETomlinson@nv-njlaw.com
      Steven R. Neuner     on behalf of Defendant    Neuner and Ventura LLP sneuneresq@comcast.net,
       ETomlinson@nv-njlaw.com
      Steven R. Neuner     on behalf of Defendant    Sharer Petree Brotz & Snyder sneuneresq@comcast.net,
       ETomlinson@nv-njlaw.com
                                                                                             TOTAL: 20