Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13–20829–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Irene H Lin
  19 Deerwood Trail
  Warren, NJ 07059

Social Security No.:
  xxx–xx–6136

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:     2/9/17
Time:     02:30 PM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Sharer Petree Brotz & Snyder
Accountants for Trustee

COMMISSION OR FEES
$2,005.50

EXPENSES
$9.60

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: December 15, 2016
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-20829-KCF
Irene H Lin                                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Dec 15, 2016
                              Form ID: 137             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2016.
```
db             +Irene H Lin,    19 Deerwood Trail,    Warren, NJ 07059-5562
aty            +Jay J. Lin,    18 Sheppard Pl., Ste E,    PO Box 396,    Edison, NJ 08818-0396
tr              Albert Russo,    Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ  08650-4853
acc            +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376
cr              TD Bank, N.A.,    c/o Brown & Connery, LLP,    360 Haddon Avenue,    Westmont, NJ  08108
513940629      +Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
513940627      +Chase Card Service,    PO Box 15298,    Wilmington, DE 19850-5298
513940622      +Christopher G. Ford, Esq.,    200 Sheffield Street, Ste. 301,    Mountainside, NJ 07092-2315
515766743      +Colliers International,    500 Alexander Road, Ste. 202,    Princeton, NJ 08540-6688
513940628       Discover Card,    PO Box 32421,    Salt Lake City, UT 84130
513940630      +Hon. Edward M Coleman,    Somerset County Courthouse,    20 North Bridge Street,    PO Box 3000,
                 Somerville, NJ 08876-1262
513940625      +James Felton,    Hudson City Saving Bank,    West 80 Century Road,    Paramus, NJ 07652-1478
513940623      +Mr. Jerry V. Pastore,    Hudson City Savings Bank,    West 80 Century Road,
                 Paramus, NJ 07652-1478
513940624      +Ralph Weeks,    Hudson City Savings Bank,    West 80 Century Road,    Paramus, NJ 07652-1478
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2016 23:28:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2016 23:28:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514222928      +E-mail/Text: bncmail@w-legal.com Dec 15 2016 23:28:25      CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513965657       E-mail/Text: mrdiscen@discover.com Dec 15 2016 23:27:02      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
513940626      +E-mail/Text: camanagement@mtb.com Dec 15 2016 23:27:53      Hudson City Savings Bank,
                 West 80 Century Road,    Paramus, NJ 07652-1478
                                                                                              TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            ##+Jay J. Lin,    21 Bridge St.,    Metuchen, NJ 08840-2275
r              ##+Colliers International,    731 Alexander Rd,    Suite 302,    Princeton, NJ 08540-6345
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
```
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Albert    Russo  (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrea    Dobin     on behalf of Plaintiff Barry R. Sharer adobin@trenklawfirm.com
              Andrea    Dobin     on behalf of Trustee Barry R. Sharer adobin@trenklawfirm.com
              Barry R. Sharer     CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer     on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer     on behalf of Accountant    Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 15, 2016
                              Form ID: 137             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
        Denise E. Carlon    on behalf of Creditor    Hudson City Savings Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    HUDSON CITY SAVINGS BANK bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
        Jennifer Ann Harris    on behalf of Creditor    TD Bank, N.A. jharris@brownconnery.com
        Julie F. Montgomery    on behalf of Defendant Keisha  Adkins jmontgomery@brownconnery.com
        Julie F. Montgomery    on behalf of Defendant    TD Bank jmontgomery@brownconnery.com
        Ross J. Switkes    on behalf of Trustee Barry R. Sharer rswitkes@trenklawfirm.com
        Steven R. Neuner    on behalf of Defendant Steven R. Neuner sneuneresq@comcast.net, ETomlinson@nv-njlaw.com
        Steven R. Neuner    on behalf of Trustee Barry R. Sharer sneuneresq@comcast.net, ETomlinson@nv-njlaw.com
        Steven R. Neuner    on behalf of Defendant    Neuner and Ventura LLP sneuneresq@comcast.net, ETomlinson@nv-njlaw.com
        Steven R. Neuner    on behalf of Defendant    Sharer Petree Brotz & Snyder sneuneresq@comcast.net, ETomlinson@nv-njlaw.com
        Steven R. Neuner    on behalf of Defendant Barry R Sharer sneuneresq@comcast.net, ETomlinson@nv-njlaw.com
        Steven R. Neuner    on behalf of Plaintiff Barry R. Sharer sneuneresq@comcast.net, ETomlinson@nv-njlaw.com

        TOTAL: 21