**BARRY R. SHARER, TRUSTEE,**
Sharer Petree Brotz & Snyder
1103 Laurel Oak Road
Suite 105B
Voorhees, New Jersey 08043
(856)435-3200
Chapter 7 Trustee

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

16 DEC 19 PM 12:09

JAMES J. WALDRON

BY: _____
DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RE: IRENE LIN | : CASE NO: 13-20829\KCF |
| Debtor(s) | : CHAPTER 7 |
| | : TRUSTEE'S REQUEST FOR COSTS |
| | : DUE BANKRUPTCY COURT |

Trustee's Final Account and Report is in the process of being filed and the Trustee requests the following fees/costs:

| | | |
|---|---|---|
| a. Notices | | 0 |
| b. Re-Open fees | | 0 |
| c. Adversary Proceedings | | 0 |
| d. Other (specify) | | 0 |
| TOTAL COURT COSTS | | $0.00 |

_____
Deputy Clerk

Dated: