**JAY J. LIN, P.A.**
**ATTORNEY AT LAW**
18 SHEPPARD PLACE, SUITE E
P.O. BOX 396
EDISON, NJ. 08818
JLIN168888@AOL.COM

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ
2017 JAN 17 P 12:32
JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

Jay J. Lin*
*MEMBER OF NJ & NY BARS

TEL: (732) 549-8800
FAX: (732) 549-7505

January 12, 2017

**Hon. Kathryn C. Ferguson, U.S.B.J**
**United States Bankruptcy Court**
**402 East State Street**
**Trenton, NJ. 08608**

Re:   Opposition to Trustee's Application for Allowance of Fees and Expenses
      Case No.: 13-20829-KCF
      IN RE: Irene Lin.
      Ret.: January 26, 2017, 2:00 pm
      Oral Argument is waived

Dear Judge Ferguson:

Please accept this letter brief in opposition to Trustee's Application for Allowance of Fees and Expenses. The Oral argument is waived.

1. **<u>Trustee's Fees and Expenses in this case were accrued from defending its warrantless searches and seizures against the petitioner without this court's approval.</u>**

On December 23, 2013, Trustee and his Attorneys conducted searches and seizures against the petitioner without the Court's approval. While this Court did not sanction Trustee's and his attorneys' conducts, Trustee's application by Counsel for Allowance of fees and Expenses are products of the Doctrine of the Fruits of the Poison Tree and shall not be allowed.

1

2. **<u>Trustee's Fees and Expenses in this case were accrued from defending its stealing of Petitioner's trust funds for settlements and hiding the funds away from Trustee's trust account.</u>**

On October 20, 2014, Trustee and his attorneys stole Petitioner's trust funds. Trustee and his attorneys demanded Petitioner wired them Petitioner's trust funds as an escrow for the settlement in this case. Trustee and his attorney then stole Petitioner's trust funds by transferring Petitioner's escrow out of Trustee's trust account and into Trustee's designated other hidden accounts. While Trustee's and his attorneys' conducts are subject to the federal criminal probe of theft and corruption, Trustee's application by Counsel for Allowance of fees and Expenses shall not be allowed according to the Federal Public Anti-Corruption Acts.

Trustee's Application for allowance of Fees and Expenses are fraudulent, excessive, duplicative, and the fruits of poison tree.

WHEREFORE, Petitioner requests that this Court denies Trustee's Application for Allowance of Fees and Expenses.

Respectfully submitted.

Jay J. Lin, PA.

Jay J. Lin
Attorney for Petitioner

IL/JJL
Cc: Steven R. Neuner, Esq.
   Barry Sharer, Trustee.

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2017 JAN 17 P 12: 32

JEANNE A. NAUGHTON

BY:_____
DEPUTY CLERK

**JAY J. LIN, P.A.**
**ATTORNEY AT LAW**
18 SHEPPARD PLACE, SUITE E
P.O. BOX 396
EDISON, NJ. 08818
JLIN168888@AOL.COM

Jay J. Lin*

TEL: (732) 549-8800
FAX: (732) 549-7505

**\*MEMBER OF NJ & NY BARS**

January 12, 2017
Via Fed Ex

James Waldron, Clerk of the Bankruptcy Court
402 East State Street
Trenton, NJ. 08608

RE:   **Letter Brief in Opposition to Application for Allowance of Fees and Expenses**
      **Case No.: 13-20829-KCF**
      **Motion Return Date: January 26, 2017**
      **In Re: Irene Lin**

Dear Sir/Madam:

Enclosed please find one original and one copy of the followings for filing:

1. Letter Brief in Opposition to Application for Allowance of Fees and Expenses.
2. Certification of Services.

Please stamp a copy of these documents "filed" and return in the enclosed self-addressed stamped envelope. Thank you for your attention to this matter.

Very truly yours,
Jay J. Lin, PA.

Jay J. Lin

IL/JJL
Enclosures.
Cc: Hon. Kathryn Ferguson, courtesy Copy.