| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>Steven R. Neuner, Esq.<br>**Neuner and Ventura LLP**<br>Willow Ridge Executive Office Park<br>750 Route 73 South, Suite 210<br>Marlton, NJ 08053-4133<br>(856) 596-2828<br>sneuner@nv-njlaw.com<br>Attorneys for Barry Sharer, Trustee | Order Filed on January 27, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In re: Irene H. Lin** | Chapter 7<br><br>Case No. 13-20829 /KCF<br>Judge: Kathryn C. Ferguson<br>Hearing Date: January 26, 2017 |

**ORDER ALLOWING FEES AND COSTS TO
NEUNER AND VENTURA LLP,
ATTORNEYS FOR BARRY SHARER, TRUSTEE**

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: January 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:       <u>Irene H. Lin</u>
Case No:      <u>13-20829 /KCF</u>
Caption of Order:    <u>Order Allowing Fees and Costs to Neuner and Ventura LLP,</u>
                     <u>Attorneys for Barry Sharer, Trustee</u>
Page 2

     Upon consideration of the application of Neuner and Ventura LLP, Attorneys for Barry Sharer, Trustee for allowance of l fees and expenses, and good cause appearing therefor, it is hereby

**ORDERED** that

1. Neuner and Ventura LLP is hereby allowed fees and expenses as a Chapter 7 administrative expense, as follows:

Fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $<u>71,242.50</u>

Plus allowance for appearance at fee hearing if contested.. . . . . . . . . . . .  $_____

Expenses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $<u>2894.57</u>

TOTAL ALLOWED. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

2. Amounts received by the applicant totaling $3045.18 shall be credited by the Trustee in distribution upon the above allowed fees and expenses.

N:\WP\srn\Lin\fee application.wpd
December 19, 2016 (9:46am)