UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Steven R. Neuner, Esq.
**Neuner and Ventura LLP**
Willow Ridge Executive Office Park
750 Route 73 South, Suite 210
Marlton, NJ 08053-4133
(856) 596-2828
sneuner@nv-njlaw.com
Attorneys for Barry Sharer, Trustee

**Order Filed on January 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In re: Irene H. Lin**

Chapter 7

Case No. 13-20829 /KCF
Judge: Kathryn C. Ferguson
Hearing Date: January 26, 2017

## ORDER ALLOWING FEES AND COSTS TO NEUNER AND VENTURA LLP, ATTORNEYS FOR BARRY SHARER, TRUSTEE

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: January 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:      Irene H. Lin
Case No:     13-20829 /KCF
Caption of Order:    Order Allowing Fees and Costs to Neuner and Ventura LLP,
                           Attorneys for Barry Sharer, Trustee
Page 2

       Upon consideration of the application of Neuner and Ventura LLP, Attorneys for Barry Sharer, Trustee for allowance of l fees and expenses, and good cause appearing therefor, it is hereby

**ORDERED** that

1. Neuner and Ventura LLP is hereby allowed fees and expenses as a Chapter 7 administrative expense, as follows:

Fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $71,242.50

Plus allowance for appearance at fee hearing if contested.. . . . . . . . . . . . $_____
Expenses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2894.57

TOTAL ALLOWED. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

2. Amounts received by the applicant totaling $3045.18 shall be credited by the Trustee in distribution upon the above allowed fees and expenses.

                                                                               N:\WP\srn\Lin\fee application.wpd
                                                                                 December 19, 2016 (9:46am)

United States Bankruptcy Court
District of New Jersey

In re:  
Irene H Lin  
    Debtor

Case No. 13-20829-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 30, 2017  
    Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.  
db    +Irene H Lin,   19 Deerwood Trail,   Warren, NJ 07059-5562  
aty    +Jay J. Lin,   18 Sheppard Pl., Ste E,   PO Box 396,   Edison, NJ 08818-0396

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
aty    ##+Jay J. Lin,   21 Bridge St.,   Metuchen, NJ 08840-2275  
    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2017 at the address(es) listed below:

    Albert Russo    docs@russotrustee.com  
    Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
    Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
    Andrea Dobin    on behalf of Plaintiff Barry R. Sharer adobin@trenklawfirm.com  
    Andrea Dobin    on behalf of Trustee Barry R. Sharer adobin@trenklawfirm.com  
    Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com  
    Barry R. Sharer    on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com  
    Barry R. Sharer    CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com  
    Brian E Caine    on behalf of Creditor HUDSON CITY SAVINGS BANK bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
    Denise E. Carlon    on behalf of Creditor Hudson City Savings Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
    Denise E. Carlon    on behalf of Creditor HUDSON CITY SAVINGS BANK bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
    Jennifer Ann Harris    on behalf of Creditor TD Bank, N.A. jharris@brownconnery.com  
    Julie F. Montgomery    on behalf of Defendant Keisha Adkins jmontgomery@brownconnery.com  
    Julie F. Montgomery    on behalf of Defendant TD Bank jmontgomery@brownconnery.com  
    Ross J. Switkes    on behalf of Trustee Barry R. Sharer rswitkes@trenklawfirm.com  
    Steven R. Neuner    on behalf of Defendant Barry R Sharer sneuneresq@comcast.net, ETomlinson@nv-njlaw.com  
    Steven R. Neuner    on behalf of Attorney Neuner and Ventura LLP sneuneresq@comcast.net, ETomlinson@nv-njlaw.com  
    Steven R. Neuner    on behalf of Plaintiff Barry R. Sharer sneuneresq@comcast.net, ETomlinson@nv-njlaw.com  
    Steven R. Neuner    on behalf of Defendant Steven R. Neuner sneuneresq@comcast.net, ETomlinson@nv-njlaw.com  
    Steven R. Neuner    on behalf of Trustee Barry R. Sharer sneuneresq@comcast.net, ETomlinson@nv-njlaw.com  
    Steven R. Neuner    on behalf of Defendant Neuner and Ventura LLP sneuneresq@comcast.net, ETomlinson@nv-njlaw.com  
    Steven R. Neuner    on behalf of Defendant Sharer Petree Brotz & Snyder sneuneresq@comcast.net, ETomlinson@nv-njlaw.com  
    TOTAL: 22