Official Form 417A (12/15)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2017 FEB -2 A 10: 23

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

PAID
$298.00
R# 618383

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Irene H. Lin /13-20829/KCF

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Allowing Fees and Costs

2. State the date on which the judgment, order, or decree was entered: Order entered 1/27/2017

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Trustee    Attorney: Steven Neuner
   750 Route 73 south, suite 210
   Marlton, NJ. 08053

2. Party: _____    Attorney: _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____    Date: 2/1/2017
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

JAY J LIN PA
18 SHEPPARD PLACE
SUITE E
P.O. BOX 396
EDISON, NJ 08818

Tel: 732 549-8800

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

U.S. BANKRUPTCY COU
FILED
TRENTON, NJ

2017 FEB -2  A 10:

JEANNE A. NAUGHTON

BY:_____
DEPUTY CLERK

**JAY J. LIN, P.A.**
**ATTORNEY AT LAW**
18 SHEPPARD PLACE, SUITE E
P.O. BOX 396
EDISON, NJ. 08818
JLIN168888@AOL.COM

Jay J. Lin*

TEL: (732) 549-8800
FAX: (732) 549-7505

**\*MEMBER OF NJ & NY BARS**

February 1, 2017
Via Fed Ex

James Waldron, Clerk of the Bankruptcy Court
402 East State Street
Trenton, NJ. 08608

RE:   **Notice of Appeal**
      **Case No.: 13-20829-KCF**
      **Order entered January 27, 2017, Order allowing fees and costs**

Dear Sir/Madam:

Enclosed please find one original and one copy of the followings for filing:

1. Notice of Appeal. (Order allowing fees and Cost, Order entered January 27, 2017.
2. Certification of Services.

   A filing fees of $298.00 is enclosed.

Please stamp a copy of these documents "filed" and return in the enclosed self-addressed stamped envelope. Thank you for your attention to this matter.

Very truly yours,
Jay J. Lin, PA.

Jay J. Lin

IL/JJL
Enclosures.