**UNITED STATES BANKRUPTCY COURT**

District of New Jersey

| | |
|---|---|
| In re: | Chapter: _____ |
| | Case Number: _____ |
| | Civil Number: _____ |
| | Adversary Number: _____ |
| | Bankruptcy Judge: _____ |

**TRANSMITTAL OF APPEAL DOCUMENT(S) TO:**

❑ **DISTRICT COURT**     ❑ **CIRCUIT COURT OF APPEALS**

A Notice of Appeal was filed in our office on _____. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | _____ | Appellee(s): | _____ |
| Attorney: | _____ | Attorney: | _____ |
| Address: | _____ | Address: | _____ |
| | _____ | | _____ |

Title of Order Appealed: _____

Date Entered On Docket: _____

The items indicated below are being transmitted together:

❑ Notice of Appeal     ❑ Order being Appealed     ❑ Designation of Record on Appeal

❑ Statement of Issues     ❑ Transcript     ❑ Transcript Ordered On: _____

❑ Other _____

---

❑     An appeal has not previously been filed in this case.

❑     The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| 15-8039 | MAS | 11-12-2015 |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____     Judge assigned: _____

By: _____     Date: _____

*rev. 12/15/14*