| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | Order Filed on February 17, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>**LIN, IRENE** | Case No.: 13-20829<br><br>Chapter 7<br><br>**Hearing Date: 02/09/17 @ 2:30pm**<br><br>Judge: KCF |

## ORDER AWARDING FINAL COMPENSATION AND EXPENSES FOR THE ACCOUNTANT TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: February 17, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:     **LIN, IRENE**

Case No.:   13-20829

Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

APPLICANT

Sharer Petree Brotz & Snyder

| | |
|---|---|
| FEES: | $2,005.50 |
| EXPENSES | $   9.60 |
| TOTAL: | $2,015.10 |

United States Bankruptcy Court
District of New Jersey

In re:  
Irene H Lin  
    Debtor  

Case No. 13-20829-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin    Page 1 of 1    Date Rcvd: Feb 21, 2017  
                    Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2017.
```
db            +Irene H Lin,    19 Deerwood Trail,    Warren, NJ 07059-5562
aty           +Jay J. Lin,    18 Sheppard Pl., Ste E,    PO Box 396,    Edison, NJ 08818-0396
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty           ##+Jay J. Lin,    21 Bridge St.,    Metuchen, NJ 08840-2275
```
                                                                                                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2017 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Andrea    Dobin    on behalf of Plaintiff Barry R. Sharer adobin@trenklawfirm.com
              Andrea    Dobin    on behalf of Trustee Barry R. Sharer adobin@trenklawfirm.com
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    on behalf of Accountant    Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Hudson City Savings Bank
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    HUDSON CITY SAVINGS BANK
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Jennifer Ann Harris    on behalf of Creditor    TD Bank, N.A. jharris@brownconnery.com
              Julie F. Montgomery    on behalf of Defendant Keisha    Adkins jmontgomery@brownconnery.com
              Julie F. Montgomery    on behalf of Defendant    TD Bank jmontgomery@brownconnery.com
              Ross J. Switkes    on behalf of Trustee Barry R. Sharer rswitkes@trenklawfirm.com
              Steven R. Neuner    on behalf of Defendant Barry R Sharer sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Attorney    Neuner and Ventura LLP sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Plaintiff Barry R. Sharer sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Defendant Steven R. Neuner sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Trustee Barry R. Sharer sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Defendant    Neuner and Ventura LLP sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Defendant    Sharer Petree Brotz & Snyder sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
                                                                                             TOTAL: 22
```