Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−20829−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Irene H Lin
   19 Deerwood Trail
   Warren, NJ 07059

Social Security No.:
   xxx−xx−6136

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       5/3/18
Time:       02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Trenk, DiPasquale, Della Fera & Sodono, PC

COMMISSION OR FEES
$87,064.00

EXPENSES
$1,765.05

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 19, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-20829-KCF
Irene H Lin                                                             Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2         Date Rcvd: Mar 19, 2018
                                Form ID: 137             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db          +Irene H Lin,   19 Deerwood Trail,   Warren, NJ 07059-5562
aty         +Neuner and Ventura LLP,   Willow Ridge Exec Office Park,   750 Route 73 South-Ste 210,
              Marlton, NJ 08053-4133
acc         +Sharer Petree Brotz & Snyder,   1103 Laurel Oak Road,   Suite 105B,   Voorhees, NJ 08043-4376
cr           TD Bank, N.A.,   c/o Brown & Connery, LLP,   360 Haddon Avenue,   Westmont, NJ  08108
513940629   +Capital One Bank,   PO Box 30285,   Salt Lake City, UT 84130-0285
513940627   +Chase Card Service,   PO Box 15298,   Wilmington, DE 19850-5298
513940622   +Christopher G. Ford, Esq.,   200 Sheffield Street, Ste. 301,   Mountainside, NJ 07092-2315
513940628    Discover Card,   PO Box 32421,   Salt Lake City, UT 84130
513940630   +Hon. Edward M Coleman,   Somerset County Courthouse,   20 North Bridge Street,   PO Box 3000,
              Somerville, NJ 08876-1262
513940625   +James Felton,   Hudson City Saving Bank,   West 80 Century Road,   Paramus, NJ 07652-1437
513940623   +Mr. Jerry V. Pastore,   Hudson City Savings Bank,   West 80 Century Road,
              Paramus, NJ 07652-1437
513940624   +Ralph Weeks,   Hudson City Savings Bank,   West 80 Century Road,   Paramus, NJ 07652-1437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           E-mail/Text: bnc@russotrustee.com Mar 19 2018 23:55:16     Albert Russo,
              Standing Chapter 13 Trustee,   CN 4853,   Trenton, NJ  08650-4853
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2018 23:54:18    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2018 23:54:15    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
514222928   +E-mail/Text: bncmail@w-legal.com Mar 19 2018 23:54:27    CERASTES, LLC,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
513965657    E-mail/Text: mrdiscen@discover.com Mar 19 2018 23:53:32    Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
513940626   +E-mail/Text: camanagement@mtb.com Mar 19 2018 23:54:00    Hudson City Savings Bank,
              West 80 Century Road,   Paramus, NJ 07652-1437
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r           ##+Colliers International,   731 Alexander Rd,   Suite 302,   Princeton, NJ 08540-6345
515766743   ##+Colliers International,   500 Alexander Road, Ste. 202,   Princeton, NJ 08540-6688
                                                                                  TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrea   Dobin    on behalf of Plaintiff Barry R. Sharer adobin@trenklawfirm.com
          Andrea   Dobin    on behalf of Trustee Barry R. Sharer adobin@trenklawfirm.com
          Barry R. Sharer     CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer    on behalf of Accountant   Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 19, 2018
                              Form ID: 137             Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Hudson City Savings Bank
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    HUDSON CITY SAVINGS BANK
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Jay J. Lin    on behalf of Debtor Irene H Lin jlin168888@aol.com
              Jay J. Lin    on behalf of Non Compliance Jay J Lin jlin168888@aol.com
              Jennifer Ann Harris    on behalf of Creditor    TD Bank, N.A. jharris@brownconnery.com
              Julie F. Montgomery    on behalf of Defendant Keisha  Adkins jmontgomery@brownconnery.com
              Julie F. Montgomery    on behalf of Defendant    TD Bank jmontgomery@brownconnery.com
              Ross J. Switkes    on behalf of Trustee Barry R. Sharer rswitkes@trenklawfirm.com
              Steven R. Neuner    on behalf of Defendant Steven R. Neuner sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Trustee Barry R. Sharer sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Defendant    Neuner and Ventura LLP sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Defendant    Sharer Petree Brotz & Snyder sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Defendant Barry R Sharer sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Attorney    Neuner and Ventura LLP sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Plaintiff Barry R. Sharer sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
                                                                                               TOTAL: 24
```