UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | |
| Irene H Lin | : | Case No.: 13-20829-KCF |
| | : | |
| Debtor(s). | : | Chapter: 7 |
| | : | |

# CERTIFICATION OF NOTICING FEES
# AND INVOICE FOR COLLECTION OF ADMINISTRATIVE EXPENSES

The United States Bankruptcy Court is required by federal law to charge miscellaneous fees for certain tasks related to the Court's operation (e.g. $.50 for each notice it mails), therefore;

IT IS NOTICED that the Trustee shall conventionally file with the Clerk a copy of this notice along with a check[1] (payable to "Clerk, United States Bankruptcy Court") for the following charges incurred to date:

NOTICES:

    0    Notices at $.50 each (for notices sent prior to 1/1/98)

                                            Total Notice Charges Due: $ 0.00

PROOFS OF CLAIM:

    0    Claim(s) at $.25 each (for each claim in excess of 10 filed prior to 1/1/98)

                                            Total Claims Charges Due: $ 0.00

DEFERRED FEES

0

                                            Total Deferred Fees Due: $ 0.00

                TOTAL ADMINISTRATIVE CHARGES DUE    $ 0.00

Date: 03/28/2018                JEANNE A. NAUGHTON, Clerk

                                          BY: Alyson M. Guida

*rev. 1/09/17.jml*

---

[1] The payment of fees must be in the form of a corporate check, attorney trust account check, certified check or money order.