UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Steven R. Neuner, Esq.
**Neuner and Ventura LLP**
Willow Ridge Executive Office Park
750 Route 73 South, Suite 210
Marlton, NJ 08053-4133
(856) 596-2828
sneuner@nv-njlaw.com
Attorneys for Barry Sharer, Trustee

**Order Filed on April 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In re: Irene H. Lin**

Chapter 7

Case No. 13-20829 /KCF
Judge: Kathryn C. Ferguson
Hearing Date: March 22, 2018

**ORDER INCORPORATING DECEMBER 12, 2017 SANCTIONS ORDER OF
DISTRICT COURT AND ALLOWING FEES AND COSTS TO
NEUNER AND VENTURA LLP, <u>ATTORNEYS FOR BARRY SHARER, TRUSTEE</u>**

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: April 10, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:         Irene H. Lin
Case No:       13-20829 /KCF
Caption of Order:    Order Incorporating December 12, 2017 Sanctions Order of District
Court and Allowing Fees and Costs to Neuner and Ventura LLP,
Attorneys for Barry Sharer, Trustee

Page 2

Upon consideration of the application of Neuner and Ventura LLP, Attorneys for Barry Sharer, Trustee for allowance of fees and expenses and the matters raised by the Court on the record on March 22, 2018, and good cause appearing therefor, it is hereby

**ORDERED** that

1. Fees of $8505.00 and expenses of $144.48 awarded as a sanction by the United States District Court by Memorandum Order entered December 12, 2017 in Civil Action no. 17-732 MAS are deemed allowed to Neuner and Ventura LLP as a Chapter 7 administrative expense., subject to paragraph 4 below.

2. In addition, the following fees and costs are allowed to Neuner and Ventura LLP as a Chapter 7 administrative expense:

Fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $560.00

Plus allowance for appearance at fee hearing if contested.. . . . . . . . . . . . $ _____

Expenses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $204.50

3. The total allowed is
   a.  Sanctions imposed in final order. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $8649.48

   b.  Additional fees and expenses allowed above.. . . . . . . . . . . . . . . . . . . . . $764.50

TOTAL ALLOWED. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 9269.50

4. Pursuant to this Court's October 30, 2015 Order Authorizing Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and Granting Related Relief, all sanctions imposed against Jay J. Lin Esq shall be paid to the Estate out of his entitlement under 11 U.S.C. 363(j) to a portion of the net sale proceeds from sale of his former office condo at 21 Bridge Street, Metuchen, New Jersey.

5. Any other payment or recovery from Mr. Lin upon the sanctions imposed are and shall be property of the Bankruptcy Estate and shall be paid over to Barry R. Sharer, Trustee for distribution to administrative claimants and other creditors pursuant to 11 U.S.C. 726 or other applicable provisions of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 13-20829-KCF
Irene H Lin                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1              Date Rcvd: Apr 10, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2018.
db             +Irene H Lin,   19 Deerwood Trail,   Warren, NJ 07059-5562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrea    Dobin    on behalf of Plaintiff Barry R. Sharer adobin@trenklawfirm.com
              Andrea    Dobin    on behalf of Trustee Barry R. Sharer adobin@trenklawfirm.com
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    on behalf of Accountant    Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
              Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Hudson City Savings Bank
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    HUDSON CITY SAVINGS BANK
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Jay J. Lin    on behalf of Non Compliance Jay J Lin jlin168888@aol.com
              Jay J. Lin    on behalf of Debtor Irene H Lin jlin168888@aol.com
              Jennifer Ann Harris    on behalf of Creditor   TD Bank, N.A. jharris@brownconnery.com
              Julie F. Montgomery    on behalf of Defendant Keisha  Adkins jmontgomery@brownconnery.com
              Julie F. Montgomery    on behalf of Defendant   TD Bank jmontgomery@brownconnery.com
              Ross J. Switkes    on behalf of Trustee Barry R. Sharer rswitkes@trenklawfirm.com
              Steven R. Neuner    on behalf of Defendant Barry R Sharer sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Attorney    Neuner and Ventura LLP sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Plaintiff Barry R. Sharer sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Defendant Steven R. Neuner sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Trustee Barry R. Sharer sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Defendant   Neuner and Ventura LLP sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Defendant    Sharer Petree Brotz & Snyder sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
                                                                                             TOTAL: 24