| UNITED STATES BANKRUPTY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br> TRENK, DiPASQUALE, DELLA FERA & SODONO, P.C. <br> 427 Riverview Plaza <br> Trenton, NJ  08611 <br> 609.695.6070 <br> *ATTORNEYS FOR BARRY R. SHARER, CHAPTER 7 TRUSTEE* |
| IRENE H. LIN, <br><br>                               Debtor. |

**Order Filed on May 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.    13-20829

Hearing Date: May 3, 2018
at 2:30 p.m.

Kathryn C. Ferguson, Chief Judge

**ORDER ALLOWING FIRST AND FINAL ALLOWANCE OF FEES & EXPENSES TO TRENK DIPASQUALE DELLA FERA & SODONO PC COUNSEL TO BARRY R. SHARER CHAPTER 7 TRUSTEE**

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: May 4, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Irene H. Lin
Case No: 13-20829(KCF)
Caption of Order: Order Allowing Fees & Expenses of Counsel to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of Trenk, DiPasquale, Della Fera & Sodono, PC counsel to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first and final allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1. Trenk, DiPasquale, Della Fera & Sodono, PC, counsel to the Trustee, is hereby granted first and final allowance on account of legal services rendered to the Trustee in the sum of $87,064.00 together with the sum of $1,765.05 for out-of-pocket disbursements, for a total allowance of $88,829.05 without prejudice to said counsel's right to seek additional allowances.

2. A copy of this Order shall be served upon all interested parties and counsel within 7 days of the date hereof.

4821-3024-7959, v. 6

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 13-20829-KCF
   Irene H Lin                                                      Chapter 7
            Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                  Page 1 of 1                  Date Rcvd: May 04, 2018
                              Form ID: pdf903              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db             +Irene H Lin,    19 Deerwood Trail,    Warren, NJ 07059-5562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrea    Dobin    on behalf of Plaintiff Barry R. Sharer adobin@trenklawfirm.com
              Andrea    Dobin    on behalf of Trustee Barry R. Sharer adobin@trenklawfirm.com
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    on behalf of Accountant    Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
              Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Hudson City Savings Bank
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    HUDSON CITY SAVINGS BANK
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Jay J. Lin    on behalf of Non Compliance Jay J Lin jlin168888@aol.com
              Jay J. Lin    on behalf of Debtor Irene H Lin jlin168888@aol.com
              Jennifer Ann Harris    on behalf of Creditor    TD Bank, N.A. jharris@brownconnery.com
              Julie F. Montgomery    on behalf of Defendant Keisha   Adkins jmontgomery@brownconnery.com
              Julie F. Montgomery    on behalf of Defendant    TD Bank jmontgomery@brownconnery.com
              Ross J. Switkes    on behalf of Trustee Barry R. Sharer rswitkes@trenklawfirm.com
              Steven R. Neuner    on behalf of Defendant Barry R Sharer sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Attorney    Neuner and Ventura LLP sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Plaintiff Barry R. Sharer sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Defendant Steven R. Neuner sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Trustee Barry R. Sharer sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Defendant    Neuner and Ventura LLP sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Defendant    Sharer Petree Brotz & Snyder sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
                                                                                              TOTAL: 24