Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 13−20829−KCF  
Chapter: 7  
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Irene H Lin  
   19 Deerwood Trail  
   Warren, NJ 07059

Social Security No.:  
   xxx−xx−6136

Employer's Tax I.D. No.:

---

**NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,  
OF HEARING ON APPLICATIONS FOR COMPENSATION  
(AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Kathryn C. Ferguson on:

DATE: March 21, 2019  
TIME: 02:30 PM  
LOCATION: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:    $214,250.00  
TOTAL DISBURSEMENTS:    $79,651.87  
BALANCE ON HAND:    $134,598.13

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)  
Barry R. Sharer

COMMISSION OR FEES  
$14,097.26

EXPENSES  
$2,602.81

---

The trustee's application to abandon the following property will be heard and acted upon:  
none

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: February 15, 2019
JAN: amg

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-20829-KCF
Irene H Lin                                                         Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Feb 15, 2019
                               Form ID: 192             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2019.
db          +Irene H Lin,    19 Deerwood Trail,    Warren, NJ 07059-5562
aty         +Neuner and Ventura LLP,    Willow Ridge Exec Office Park,    750 Route 73 South-Ste 210,
              Marlton, NJ 08053-4133
acc         +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376
cr           TD Bank, N.A.,    c/o Brown & Connery, LLP,    360 Haddon Avenue,    Westmont, NJ  08108
513940627   +Chase Card Service,    PO Box 15298,    Wilmington, DE 19850-5298
513940622   +Christopher G. Ford, Esq.,    200 Sheffield Street, Ste. 301,    Mountainside, NJ 07092-2315
513940628    Discover Card,    PO Box 32421,    Salt Lake City, UT 84130
513940630   +Hon. Edward M Coleman,    Somerset County Courthouse,    20 North Bridge Street,    PO Box 3000,
              Somerville, NJ 08876-1262
513940625   +James Felton,    Hudson City Saving Bank,    West 80 Century Road,    Paramus, NJ 07652-1437
513940623   +Mr. Jerry V. Pastore,    Hudson City Savings Bank,    West 80 Century Road,
              Paramus, NJ 07652-1437
513940624   +Ralph Weeks,    Hudson City Savings Bank,    West 80 Century Road,    Paramus, NJ 07652-1437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           E-mail/Text: bnc@russotrustee.com Feb 16 2019 00:24:01      Albert Russo,
              Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ 08650-4853
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2019 00:22:45      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2019 00:22:43      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
514222928   +E-mail/Text: bncmail@w-legal.com Feb 16 2019 00:23:29      CERASTES, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513940629   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 16 2019 00:30:46      Capital One Bank,
              PO Box 30285,    Salt Lake City, UT 84130-0285
513965657    E-mail/Text: mrdiscen@discover.com Feb 16 2019 00:22:11      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
513940626   +E-mail/Text: camanagement@mtb.com Feb 16 2019 00:22:32      Hudson City Savings Bank,
              West 80 Century Road,    Paramus, NJ 07652-1437
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r           ##+Colliers International,    731 Alexander Rd,    Suite 302,    Princeton, NJ 08540-6345
515766743   ##+Colliers International,    500 Alexander Road, Ste. 202,    Princeton, NJ 08540-6688
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrea   Dobin    on behalf of Plaintiff Barry R. Sharer adobin@msbnj.com
              Andrea   Dobin    on behalf of Trustee Barry R. Sharer adobin@msbnj.com
              Barry R. Sharer     CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer     on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 15, 2019
                              Form ID: 192             Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Barry R. Sharer    on behalf of Accountant    Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Hudson City Savings Bank
               bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    HUDSON CITY SAVINGS BANK
               bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Jay J. Lin    on behalf of Debtor Irene H Lin jlin168888@aol.com
              Jay J. Lin    on behalf of Non Compliance Jay J Lin jlin168888@aol.com
              Jennifer Ann Harris    on behalf of Creditor    TD Bank, N.A. jharris@brownconnery.com
              Julie F. Montgomery    on behalf of Defendant Keisha  Adkins jmontgomery@brownconnery.com
              Julie F. Montgomery    on behalf of Defendant    TD Bank jmontgomery@brownconnery.com
              Ross J. Switkes    on behalf of Trustee Barry R. Sharer rswitkes@msbnj.com
              Steven R. Neuner    on behalf of Defendant Steven R. Neuner sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Trustee Barry R. Sharer sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Defendant    Neuner and Ventura LLP sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Defendant    Sharer Petree Brotz & Snyder sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Defendant Barry R Sharer sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Attorney    Neuner and Ventura LLP sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Plaintiff Barry R. Sharer sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
                                                                                             TOTAL: 24
```