UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

BARRY R. SHARER, TRUSTEE
**SHARER PETREE BROTZ & SNYDER**
1103 Laurel Oak Road
Suite 105B
Voorhees, NJ 08043
(856) 435-3200
Chapter 7 Trustee

Order Filed on March 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 13-20829 |
|---|---|
| LIN, IRENE H | Hearing Date: |
| | Judge: KATHRYN C. FERGUSON |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) through two (2) is
Hereby **ORDERED**.

**DATED: March 27, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: LIN, IRENE H

Case No: 13-20829

Caption of Order:  ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

 

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Barry R. Sharer<br>Chapter 7 Trustee | $14,097.26 | $2,602.81 |