UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY


BARRY R. SHARER, TRUSTEE
**SHARER PETREE BROTZ & SNYDER**
1103 Laurel Oak Road
Suite 105B
Voorhees, NJ 08043
(856) 435-3200
Chapter 7 Trustee

**Order Filed on March 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>LIN, IRENE H | Case No.: 13-20829<br><br>Hearing Date:<br><br>Judge: KATHRYN C. FERGUSON |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) through two (2) is
Hereby **ORDERED**.

**DATED: March 27, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: LIN, IRENE H

Case No: 13-20829

Caption of Order:  ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

      Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

      **ORDERED**, that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Barry R. Sharer | $14,097.26 | $2,602.81 |
| Chapter 7 Trustee | | |

United States Bankruptcy Court
District of New Jersey

In re:
Irene H Lin
        Debtor

Case No. 13-20829-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1            Date Rcvd: Mar 28, 2019
                               Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
db              +Irene H Lin,   19 Deerwood Trail,   Warren, NJ 07059-5562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrea  Dobin   on behalf of Plaintiff Barry R. Sharer adobin@msbnj.com
          Andrea  Dobin   on behalf of Trustee Barry R. Sharer adobin@msbnj.com
          Barry R. Sharer   on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer   on behalf of Accountant   Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer   CShapiro@SharerPBS.com,  BSharer@SharerPBS.com;nj83@ecfcbis.com
          Brian E Caine   on behalf of Creditor   HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Denise E. Carlon   on behalf of Creditor   Hudson City Savings Bank
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   HUDSON CITY SAVINGS BANK
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Jay J. Lin   on behalf of Non Compliance Jay J Lin jlin168888@aol.com
          Jay J. Lin   on behalf of Debtor Irene H Lin jlin168888@aol.com
          Jennifer Ann Harris   on behalf of Creditor   TD Bank, N.A. jharris@brownconnery.com
          Julie F. Montgomery   on behalf of Defendant Keisha  Adkins jmontgomery@brownconnery.com
          Julie F. Montgomery   on behalf of Defendant   TD Bank jmontgomery@brownconnery.com
          Ross J. Switkes   on behalf of Trustee Barry R. Sharer rswitkes@msbnj.com
          Steven R. Neuner   on behalf of Defendant Barry R Sharer sneuner@nv-njlaw.com,
           ETomlinson@nv-njlaw.com
          Steven R. Neuner   on behalf of Attorney   Neuner and Ventura LLP sneuner@nv-njlaw.com,
           ETomlinson@nv-njlaw.com
          Steven R. Neuner   on behalf of Plaintiff Barry R. Sharer sneuner@nv-njlaw.com,
           ETomlinson@nv-njlaw.com
          Steven R. Neuner   on behalf of Defendant Steven R. Neuner sneuner@nv-njlaw.com,
           ETomlinson@nv-njlaw.com
          Steven R. Neuner   on behalf of Trustee Barry R. Sharer sneuner@nv-njlaw.com,
           ETomlinson@nv-njlaw.com
          Steven R. Neuner   on behalf of Defendant   Neuner and Ventura LLP sneuner@nv-njlaw.com,
           ETomlinson@nv-njlaw.com
          Steven R. Neuner   on behalf of Defendant   Sharer Petree Brotz & Snyder sneuner@nv-njlaw.com,
           ETomlinson@nv-njlaw.com
                                                                          TOTAL: 24